IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 2:06CR8DCB

DEBORAH HADLEY

### ORDER TO SUBSTITUTE RESTITUTION PAYEE

This matter comes before the Court on a joint motion of the United States and the victim(s) to whom restitution has been ordered in this cause of action, pursuant to 18 U.S.C. § 3771(a)(6), (d)(1), and (d)(3) to substitute the restitution payee. The Court having been fully advised in the premises, finds the motion well taken and same should be granted.

IT IS THEREFORE ORDERED that United States Clerk of Court for the Southern District of Mississippi shall immediately pay such restitution as is currently held, that may be in the unclaimed funds, and such restitution as is received in the future in this case be paid as follows:

50% paid to the Cardiovascular Medical Research and Education Fund (CMREF), Attention: Michael Fishbein, Esquire, Director and Treasurer, Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106, or subsequent designee; and

50% paid to the University of Mississippi Medical Center (UMMC), Attention: LouAnn H. Woddward, Vice-Chancellor for Health Affairs, 2500 North State Street, Jackson, MS 39202.

SO ORDERED this the   18th   day of August, 2015.

s/ David Bramlette
DAVID C. BRAMLETTE, III
Senior United States District Judge